I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner ~~(OR PARTIES)~~ AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 6-12-12

DEPUTY CLERK

JS-6 / ENTERED

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUN 12 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKEY WILLIAMS,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>TERRI GONZALEZ, Warden,<br><br>　　　　Respondent. | Case No. CV 12-3176-ABC (JPR)<br><br>J U D G M E N T |

　　Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

　　IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: June 8, 2012

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　AUDREY B. COLLINS
　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE

